**Charles M. LAYCOCK, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 05–3040.

United States Court of Appeals, Federal Circuit.

July 7, 2005.

Before MAYER, RADER, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Randolph THOMAS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3467.

United States Court of Appeals, Federal Circuit.

July 7, 2005.

Before MICHEL, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.